[No. 53828-4-I. Division One. October 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN D. TRAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09036-7, Anthony P. Wartnik, J., entered January 23, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker and Schindler, JJ.

[No. 54437-3-I. Division One. October 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH STANLEY PIGOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05925-7, Nicole MacInnes, J., entered May 21, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker and Schindler, JJ.

[No. 54551-5-I. Division One. October 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY RAY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-1-00519-4, Susan K. Cook, J., entered August 4, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54699-6-I. Division One. October 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMEY LEE HENDRICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09945-1, Julie Spector, J., entered July 12, 2004. *Affirmed* by unpublished per curiam opinion.